

20 Corporate Woods Blvd. | Albany, NY 12211
tel: 518 462 0300 | fax: 518 462 5037
www.girvinlaw.com

*Daniel S. L. Rubin*
*Partner*
dsr@girvinlaw.com

August 1, 2025

<u>Via CM/ECF</u>

Hon. Daniel J. Stewart, U.S. Magistrate Judge
U.S. District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, 4th Floor
Albany, New York 12207

   Re: ***Riverside Avenue East Greenbush, LLC v. Vestas Blades America, Inc.***
     Case No. 1:25-cv-458-LEJ-DJS

Dear Judge Stewart:

  Girvin & Ferlazzo, PC represents Plaintiff Riverside Avenue East Greenbush, LLC ("Riverside") in the above referenced action.

  I write to update the Court on the Parties' Mediation. I am happy to report that the Parties have reached a resolution of this matter. We are in the final stages of negotiating the appropriate settlement documentation, and the Parties anticipate that we will be able to file a stipulation of discontinuance within the next 45 days.

  To that end, the Parties propose that a control date be set for the filing of the stipulation of discontinuance or, if some issue should arise, an update to the Court by September 15, 2025. Obviously, if the Court prefers a different approach, we will abide by the Court's direction.

  This letter has been reviewed and approved by Counsel for Vestas Blades America, Inc.

  The Parties thank the Court for its time and attention to this matter.

             Very truly yours,

             **GIRVIN & FERLAZZO, P.C.**

       By:

             Daniel S. L. Rubin, Esq.