UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RIVERSIDE AVENUE EAST GREENBUSH, LLC,

                Plaintiff,

-against-

VESTAS BLADES AMERICA, INC.,

                Defendant.

Civil Case No.: 1:25-CV-0458 (LEK/DJS)

---

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their counsel of record, that each and every claim and cause of action at issue in this case, including those that were or could have been brought, are hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and fees.

By signing below, Counsel attest that they have been authorized by their clients to enter into this stipulation on their client's behalf and have full authority to do so from their respective clients.

Dated: August 7, 2025

PERKINS COIE LLP

By: MARTIN E. GILMORE, ESQ.
*Attorneys for Defendant*
1155 Avenue of the Americas
22ND Floor
New York, New York 10036

Dated: August 4th, 2025

GIRVIN & FERLAZZO, P.C.

By: DANIEL S. L. RUBIN, ESQ.
*Attorneys for Plaintiff*
20 Corporate Woods Boulevard
Albany, New York 12211